USAO #2016R00341

FILED ENTERED
LODGED RECEIVED

MAY 24 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. ELH-16-0254 |
| v. | * | (Assaulting, Resisting and Impeding |
| | * | Officers Engaged in Official Duties, 18 |
| MIGUEL ANGEL PEDRAZA, | * | U.S.C. § 111(a)(1)) |
| | * | |
| Defendant, | * | |
| | * | |

*******

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On March 18, 2016, in the District of Maryland, the defendant,

**MIGUEL ANGEL PEDRAZA,**

did knowingly and forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States and of an agency in a branch of the United States Government, that is, C.D., a Deportation Officer employed by the Immigration and Customs Enforcement Agency, while C.D. was engaged in and on the account of the performance of her official duties.

8 U.S.C. § 111(a)(1)

## COUNT TWO

The United States Attorney for the District of Maryland charges that:

On March 18, 2016, in the District of Maryland, the defendant,

**MIGUEL ANGEL PEDRAZA,**

did knowingly and forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States and of an agency in a branch of the United States Government, that is, M.S. a Deportation Officer employed by the Immigration and Customs Enforcement Agency, while M.S. was engaged in and on account of the performance of his official duties.

18 U.S.C. § 111(a)(1)

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

Date: May 18, 2016